STATE OF MISSOURI, Respondent, v. FRANCIS CORDIA, Appellant.

**St. Louis Court of Appeals, November 12, 1912.**

**INTOXICATING LIQUOR: Illegal Sales: Sufficiency of Record.** In a prosecution for the illegal sale of intoxicating liquor by a merchant, in violation of Sec. 11640, R. S. 1909, *held* that the record does not disclose any error of irregularity justifying a reversal of the judgment of conviction. "

Appeal from Washington Circuit Court.—*Hon. Joseph J. Williams,* Judge.

AFFIRMED.

*M. E. Rhoades* and *Byrns & Bean* for appellant.

*W. A. Cooper* and *S. G. Nipper* for respondent.

CAULFIELD, J.—Defendant was indicted, tried and, on September 3, 1910, convicted for selling intoxicating liquor in less quantity than five gallons, he being a merchant, having a merchant's license authorizing him to deal in goods, wares and merchandise, but no dramshop license, and the prosecution being under section 11640 of the Revised Statutes of Missouri, 1909. He appeals to this court but assigns no error and does not file a brief in the cause.

An examination of the record fails to disclose any error or insufficiency in the indictment or other proceedings, or any error or irregularity in the trial justifying a reversal of the judgment. The evidence warrants the conviction and the instructions fairly present the case to the jury.

The judgment is, therefore, affirmed. *Reynolds, P. J.,* and *Nortoni, J.,* concur.